UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | **MAGISTRATE NO. 21-MJ-372** |
| | : | |
| **ROBERT CHAPMAN** | : | **VIOLATION:** |
| **AKA ROBERT ERICK,** | : | 40 U.S.C. § 5104(e)(2)(G) |
| | : | (Parading, Demonstrating, or Picketing in |
| Defendant. | : | a Capitol Building) |

# I N F O R M A T I O N

The United States Attorney charges that at all relevant times:

## COUNT ONE

On or about January 6, 2021, in the District of Columbia, **ROBERT CHAPMAN**, a/k/a **ROBERT ERICK**, willfully and knowingly paraded, demonstrated, and picketed in a Capitol Building.

(**Parading, Demonstrating, or Picketing in a Capitol Building**, in violation of Title 40, United States Code, Section 5104(e)(2)(G))

    Respectfully submitted,

    MATTHEW M. GRAVES
    United States Attorney
    D.C. Bar No. 481052

By:    /s/ *Brittany L. Reed*
    Brittany L. Reed
    Assistant United States Attorney
    LA Bar No. 31299
    650 Poydras Street, Ste. 1600
    New Orleans, LA 70130
    (504) 680-3021
    Brittany.Reed2@usdoj.gov